IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALI DARNAZE MCKINNEY,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0883

Opinion filed June 2, 2016.

An appeal from an order of the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Ali Darnaze McKinney, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.